Bankruptcy Case No.   17-13218-KHK

Adversary Proceeding No   17-01135-KHK

# CERTIFICATE OF SERVICE

I, __Melissa M. Watson Goode__, certify that I am, and at all times during the service of process was, not less than
    (name)
18 years of age and not a party to the matter concerning which service of process was made.  I further certify that the service of this summons and a copy of the complaint was made __January 19, 2018__ by:
    (date)

_X_  Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
   Brian Kenneth Madden, Attorney for Debtor, at PO Box 7663, Arlington, VA 22207
   Margaret Kathleen Hogeboom, Debtor, at 7071 Kona Dr., Gainesville, VA 20155

__  Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

__  Residence Service: By leaving the process with the following adult at:

__  Certified Mail Service on an Insured Depository Institution:  By sending the process by certified mail addressed to the following officer of the defendant at:

__  Publication: The defendant was served as follows: [Describe briefly]

__  State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]       (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

   January 19, 2018                           /s/ Melissa M. Watson Goode
       Date                                           Signature

**Print Name**

Melissa M. Watson Goode

**Business Address**

Glasser and Glasser, P.L.C., Crown Center, Suite 600, 580 East Main Street

| City | State | Zip |
|---|---|---|
| Norfolk | VA | 23510 |

[ver. 05/02]